IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOVEREIGNTY JOESEPH HELMUELLER
SOVEREIGN FREEMAN,

    Plaintiff,

v.

TODD HALLET, et al.

    Defendants.

ORDER

Case No. 22-cv-693-jdp

This case was opened pursuant to an order entered on December 5, 2022 in plaintiff Sovereignty Joeseph Helmueller Sovereign Freeman's case 22-cv-463-jdp. The order also directs the clerk's office to assess an initial partial payment of the filing fee for this new case. Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $13.50. For this case to proceed, plaintiff must submit this amount on or before December 27, 2022.

If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Sovereignty Joeseph Helmueller Sovereign Freeman is assessed $13.50 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $13.50 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before December 27, 2022.

2.	If, by December 27, 2022, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3.	No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.  Once the screening process is complete, a separate order will issue.

Entered this 6th day of December, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge